# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CARLOS RAY FRAZIER
#650936                                                                                                    PLAINTIFF

v.                                      4:24-cv-00545-JM-JJV

MARSHALL, Lieutenant,
Dub Brassell Detention Center, *et al*.                                                  DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 8). No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his inadequate mental health care claim against Defendants Woods, Thompkins, and Allen in their personal capacities only. All other claims and Defendants in the Amended Complaint (Doc. 6) are DISMISSED without prejudice. And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 17th day of September 2024.

_____
UNITED STATES DISTRICT JUDGE