**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

CARLOS RAY FRAZIER
#650936                                                                                         PLAINTIFF

v.                                          4:24-cv-00545-JM

MARSHALL, Lieutenant,
Dub Brassell Detention Center, *et al*.                                    DEFENDANTS

## <u>ORDER</u>

Early in this case, the Court advised Plaintiff of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk and warned him that his case could be dismissed without prejudice if he failed to do so.  (Doc. 5.)  In May 2025, Plaintiff was paroled.  *See Frazier v. Baker*, 4:24-cv-00753-JM-JJV (Docs. 37, 39).  Accordingly, on June 5, 2025, the Court entered an Order giving Plaintiff thirty days to update his mailing address.  (Doc. 43.)  Plaintiff has not complied with that Order, and the time for doing so has passed.

IT IS, THEREFORE, ORDERED that the Amended Complaint (Doc. 6) is DISMISSED without prejudice due to a lack of prosecution.  It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

Dated this 10th day of July 2025.

_____
UNITED STATES DISTRICT JUDGE