IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLOS RAY FRAZIER
#650936                                                                                          PLAINTIFF

v.                                        4:24-cv-00545-JM

MARSHALL, Lieutenant,
Dub Brassell Detention Center, *et al*.                                              DEFENDANTS

## JUDGMENT

Consistent with the Orders entered today and previously (Docs. 9), Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 10th day of July 2025.

_____
UNITED STATES DISTRICT JUDGE